BEFORE THE FIRST DIVISION, OCTOBER 29, 1964

**No. 68849.**—D. C. Andrews & Company, Inc. *v.* United States, protests 63/12227–13493 and 63/12229–13522 (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 29, 1964

**No. 68850.**—F. Wolkow & Sons et al. *v.* United States, protests 59/28052, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass articles similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), and Abstract 67834, the claim of the plaintiffs was sustained.